In re UNITED STATES TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 9, 1915.) In the matter of the United States Trust Company of New York, as executor, etc., of John J. Butler, deceased. No opinion. Decree (in 86 Misc. Rep. 603, 148 N. Y. Supp. 762) affirmed, with costs, on opinion of Fowler, S. Order filed.

UNITED STATES TRUST CO. OF NEW YORK, Respondent, v. MARTINDALE REAL ESTATE CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by the United States Trust Company of New York against the Martindale Real Estate Company. F. Bien, of New York City, for appellant. L. G. Wallace, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 152 N. Y. Supp. 1147.

UNITED STATES TRUST CO. OF NEW YORK v. MARTINDALE REAL ESTATE CO. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the United States Trust Company of New York against the Martindale Real Estate Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1147.

UNITED STATES TRUST CO. OF NEW YORK, Respondent, v. MARTINDALE REAL ESTATE CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the United States Trust Company of New York against the Martindale Real Estate Company, impleaded with others. F. Bien, of New York City, for appellant. L. G. Wallace, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See also, 152 N. Y. Supp. 1147.

VAN DEN BURGH, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Peter Van Den Burgh against the City of New York. H. D. Cohen, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VAN TUYL, Respondent, v. AMMERMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by George C. Van Tuyl, Jr., as Superintendent, etc., against William H. Ammerman and others. E. Van Schaick, of New York City, for appellants. A. W. Stump, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VERDERBER et al. v. GLOBE ANTI-FRICTION ROLLER BEARING CO. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by John Verderber and another against the Globe Anti-Friction Roller Bearing Company. No opinion. Judgment affirmed, with costs.

VILLAGE OF FREDONIA, Appellant, v. FREDONIA NATURAL GASLIGHT CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by the Village of Fredonia against the Fredonia Natural Gaslight Company and others.

PER CURIAM. The Justices qualified to sit in this appeal being equally divided and unable to render a decision herein, the appeal (in 87 Misc. Rep. 592, 149 N. Y. Supp. 964) is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 151 N. Y. Supp. 1148.

LAMBERT, J., not sitting.

VILLAGE OF WATERFORD, Respondent, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by the Village of Waterford against the Delaware & Hudson Company. No opinion. Case directed to be put upon nonenumerated calendar, not to be moved, however, until after 15 days from the service of the notice of appeal, after which time either party may bring the case on for argument at any motion day or on any day agreed upon by counsel.

In re WALKER. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) In the matter of the claim of William Alfred Walker for workmen's compensation, in which the Clyde Steamship Company, employer and self-insurer, appeals.

PER CURIAM. Decision and award affirmed.

KELLOGG, J., not voting.

WALTER et al. v. FARRELL. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Morits Walter and another against Katharine G. Farrell. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

WALTER et al., Respondents, v. FARRELL, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Moritz Walter and others, as executors, etc., against Katharine G. Farrell, impleaded with others. T. O'Callaghan, of New York City, for appellant. H. Walter, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARD et al., Respondents, v. BRIGGS, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Walter K. Ward and others against Amos D. Briggs. No opinion. Judgment unanimously affirmed, with costs.